■ In the Matter of JAMES REGAN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed. Memorandum: The hearing officer properly complied with 7 NYCRR 254.5 (b) in determining that petitioner's witnesses should testify out of his presence *(see, People ex rel. Bradley v Smith,* 115 AD2d 225). Special Term properly found no violation of 7 NYCRR 251-4.1 and 251-4.2.

The penalty was not so harsh and excessive as to be shocking to one's conscience *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222, 233-234). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERIE HARPER, Appellant.—Judgment unanimously reversed, as a matter of discretion in the interest of justice, and new trial granted. Memorandum: Defendant appeals from a judgment convicting her of second degree assault, third degree escape, resisting arrest and disorderly conduct. She asserts that numerous errors were made at trial. We agree and find that although the errors considered individually do not warrant reversal, their cumulative effect denied defendant a fair trial *(see, People v Shanis,* 36 NY2d 697, 699; *People v Keller,* 67 AD2d 153, 159). (Appeal from judgment of Oswego County Court, Hurlbutt, J.—assault, second degree, and other offenses.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of DEMISSE M. TESSEMA, Petitioner, v HICKEY-FREEMAN COMPANY, INC., Respondent.—Determination unanimously confirmed and petition dismissed, without costs *(see, State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.